IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

| | | |
|---|---|---|
| DAVID A. BUXTON and<br>ANNETTE BUXTON,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MARK WYATT, GEORGE VINSON,<br>STEVE PHILLIPS, MIKE EVANS,<br>DEBORAH DOWNEY, WENDELL<br>LANDIS, KEITH SHIRLEY,<br>VICTOR SWIFT, SCOT ALER,<br>DON MACON, and<br>THYSSENKRUPP ELEVATOR CORP. | * * * * * * * * * * * * * | RECEIVED<br><br>2007 JUN -4  P 3: 24<br><br>DEBRA P. HACKETT, CLK<br>Case No. CV-07-32 DISTRICT COURT<br>　　　　　　　　　　MIDDLE DISTRICT ALA<br><br>2:07CV484 - ID |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant **Thyssenkrupp Elevator Corporation.**, ("Thyssenkrupp"), hereby gives notice to the Circuit Court of Lowndes County, Alabama, and to James B. McNeill, Jr., attorney for Plaintiffs, the Plaintiffs being the only adverse parties, that Thyssenkrupp filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Northern Division, and that this case has been removed to that Court. Attached is a copy of the Notice of Removal (without exhibits).

Respectfully submitted,

_/s/ Charles A. Stewart, III_
Charles A. Stewart, III (STE067)
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
**Attorneys for Defendant
Thyssenkrupp Elevator Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

James B. McNeill, Jr.
Hobbs & Hain, P.C.
Selma, AL 36702-1190

Mark Wyatt
c/o G.E. Plastics
1 Plastics Drive
Burkville, AL 36752

George Vinson
c/o G.E. Plastics
1 Plastics Drive
Burkville, AL 36752

Steve Phillips
c/o G.E. Plastics
1 Plastics Drive
Burkville, AL 36752

Mike Evans
c/o G.E. Plastics
1 Plastics Drive
Burkville, AL 36752

Deborah Downey
c/o G.E. Plastics
1 Plastics Drive
Burkville, AL 36752

Wendell Landis
6713 Providence Court
Montgomery, AL 36116

Keith Shirley
c/o G.E. Plastics
1 Plastics Drive
Burkville, AL 36752

Victor Swift
c/o G.E. Plastics
1 Plastics Drive
Burkville, AL 36752

Scot Aler
c/o G.E. Plastics
1 Plastics Drive
Burkville, AL  36752

Don Macon
c/o G.E. Plastics
1 Plastics Drive
Burkville, AL  36752

by placing copies of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 1st day of June, ~~2005~~ 2007.

_____
OF COUNSEL