IN THE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID A. BUXTON and ANNETTE BUXTON, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| MARK WYATT, GEORGE VINSON, STEVE PHILLIPS, MIKE EVANS, DEBORAH DOWNEY, WENDELL LANDIS, KEITH SHIRLEY, VICTOR SWIFT, SCOT ALER, DON MACON, ET AL., | ) ) ) ) ) ) ) | CIVIL ACTION NO. 2:07-CV-484 |
| Defendants. | ) ) ) | |

## MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for the reasons set forth in ThyssenKrupp Elevator Corporation's Notice of Removal, which is adopted and incorporated herein by reference, Defendants Mark Wyatt, George Vinson, Steve Phillips, Mike Evans, Deborah Downey, Wendell Landis, Keith Shirley, Victor Swift, Scott Aler, and Don Macon (collectively "Defendants") hereby move this Honorable Court to dismiss all claims asserted against them in this lawsuit, with prejudice.

_____
One of the Attorneys for Defendants
Mark Wyatt, George Vinson, Steve Phillips, Mike
Evans, Deborah Downey, Wendell Landis, Keith
Shirley, Victor Swift, Scott Aler, and Don Macon

OF COUNSEL:
Jere F. White, Jr. (WHI007)
Lee M. Hollis (HOL075)
Hyde Carby (CAR175)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

      This is to certify that on this \_\_6th\_\_ day of \_June\_, 2007, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to:

    James B. McNeill, Jr.
    HOBBS & HAIN, P.C.
    707 Selma Avenue
    Post Office Drawer 1190
    Selma, Alabama 36702

    Charles A. Stewart III (STE067)
    Angela R. Rogers (RAI017)
    **Bradley Arant Rose & White LLP**
    The Alabama Center for Commerce
    401 Adams Avenue, Suite 780
    Montgomery, AL 36104
    Telephone: (334) 956-7700
    Facsimile: (334) 956-7701

_____
Of Counsel