IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID A. BUXTON, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) CIV. ACT. NO. 2:07cv484-ID |
| v. | ) |
| | ) |
| MARK WYATT, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the motion to dismiss filed by Defendants on June 8, 2007 (Doc. No. 5), it is ORDERED that Plaintiffs show cause, if any there be, on or before June 28, 2007, why said motion should not be granted.

DONE this 14th day of June, 2007.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE