IN THE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID A. BUXTON and <br> ANNETTE BUXTON, <br><br> Plaintiffs, <br><br> v. <br><br> MARK WYATT, GEORGE VINSON, <br> STEVE PHILLIPS, MIKE EVANS, <br> DEBORAH DOWNEY, WENDELL <br> LANDIS, KEITH SHIRLEY, <br> VICTOR SWIFT, SCOT ALER, <br> DON MACON, and <br> THYSSENKRUPP ELEVATOR <br> CORP. | * <br> * <br> * <br> * <br> * <br> *   Case No. 2:07-cv-484 <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

Thyssenkrupp Elevator Corporation hereby states that there are no reportable entities under the provisions of the Middle District of Alabama's General Order No. 3047.

s/ Angela R. Rogers
Charles A. Stewart III (ASB-4955-a56c)
Angela R. Rogers (ASB-0853-e60r)
**Bradley Arant Rose & White LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

**Attorneys for Thyssenkrupp Elevator Corporation**

1/1555048.1

CERTIFICATE OF SERVICE

    I hereby certify that on June 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| James B. McNeil, Jr.<br>Hobbs & Hain, P.C.<br>P. O. Drawer 1190<br>Selma, AL  36702-1190 | Deborah Downey<br>c/o G.E. Plastics<br>1 Plastics Drive<br>Burkville, AL  36752 |
| Mark Wyatt<br>c/o G.E. Plastics<br>1 Plastics Drive<br>Burkville, AL  36752 | Keith Shirley<br>c/o G.E. Plastics<br>1 Plastics Drive<br>Burkville, AL  36752 |
| George Vinson<br>c/o G.E. Plastics<br>1 Plastics Drive<br>Burkville, AL  36752 | Victor Swift<br>c/o G.E. Plastics<br>1 Plastics Drive<br>Burkville, AL  36752 |
| Steve Phillips<br>c/o G.E. Plastics<br>1 Plastics Drive<br>Burkville, AL  36752 | Scot Aler<br>c/o G.E. Plastics<br>1 Plastics Drive<br>Burkville, AL  36752 |
| Mike Evans<br>c/o G.E. Plastics<br>1 Plastics Drive<br>Burkville, AL  36752 | Don Macon<br>c/o G.E. Plastics<br>1 Plastics Drive<br>Burkville, AL  36752 |

Wendell Landis
6713 Providence Court
Montgomery, AL  36116

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

    s/ Angela R. Rogers
    Angela R. Rogers (ASB-0853-e60r)
    Bradley Arant Rose & White LLP
    The Alabama Center for Commerce
    401 Adams Avenue, Suite 780
    Montgomery, AL 36104
    Telephone: (334) 956-7700
    Facsimile: (334) 956-7701
    Email: cstewart@bradleyarant.com

Case 2:07-cv-00484-ID-TFM   Document 8   Filed 06/18/2007   Page 3 of 3

1/1555048.1