IN THE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| DAVID A. BUXTON and ANNETTE BUXTON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MARK WYATT, GEORGE VINSON, STEVE PHILLIPS, MIKE EVANS, DEBORAH DOWNEY, WENDELL LANDIS, KEITH SHIRLEY, VICTOR SWIFT, SCOT ALER, DON MACON, ET AL., | ) ) ) ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION NO.
2:07-CV-484

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Defendants Mark Wyatt, George Vinson, Steve Phillips, Mike Evans, Deborah Downey, Wendell Landis, Keith Shirley, Victor Swift, Scott Aler, and Don Macon (hereinafter collectively "Defendants") hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures and other entities reportable under the provisions of the Middle District of Alabama's General Order 00-mc-3047:

Defendants are all individual persons with no affiliations to any entities subject to disclosure under General Order 00-mc-3047.

_____
One of the Attorneys for Defendants
Mark Wyatt, George Vinson, Steve Phillips, Mike
Evans, Deborah Downey, Wendell Landis, Keith
Shirley, Victor Swift, Scott Aler, and Don Macon

OF COUNSEL:
Jere F. White, Jr. (WHI007)
Lee M. Hollis (HOL075)
Hyde Carby (CAR175)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this __18th__ day of __JUNE__, 2007, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to:

James B. McNeill, Jr.
HOBBS & HAIN, P.C.
707 Selma Avenue
Post Office Drawer 1190
Selma, Alabama 36702


Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
**Bradley Arant Rose & White LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701


_____
Of Counsel