**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DAVID A. BUXTON, and,** ) | |
| **ANNETTE BUXTON,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Civil Action No. CV-07-484-ID-TFM** |
| ) | |
| **MARK WYATT, et al.,** ) | |
| ) | |
| Defendants. ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Plaintiffs David A. Buxton and Annette Buxton (hereinafter collectively "Plaintiffs"), without waiving their right to have this action remanded to the Circuit Court of Lowndes County, Alabama pursuant to 28 U.S.C. §1447(c), hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures and other entities reportable under the provisions of the Middle District of Alabama's General Order 00-mc-3047:

Plaintiffs are individuals with no affiliations to any entities subject to disclosure under General Order 00-mc-3047.

/s/ James B. McNeill, Jr.
James B. McNeill, Jr.  ASB-4517-I63J
Attorney for the Plaintiffs

OF COUNSEL:
Hobbs & Hain, P.C.
P.O. Box 1190
Selma, Alabama 36702-1190
(334) 874-6683
(334) 872-8435

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jere F. White, Jr. Esq.
Lee M. Hollis, Esq.
Hyde Carby, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

Charles A. Stewart, III, Esq.
Angela R. Rogers, Esq.
Bradley Arant Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: NONE.

  DATED this the 21st day of May, 2007.

              /s/ James B. McNeill, Jr.
              James B. McNeill, Jr.  ASB-4517-I63J