IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID A. BUXTON, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) CIV. ACT. NO. 2:07cv484-ID |
| v. | ) |
| | ) |
| MARK WYATT, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiffs' motion to remand, filed June 13, 2007 (Doc. No. 13), it is ORDERED that Defendants show cause, if any there be, on or before July 9, 2007, why said motion should not be granted.

DONE this 29th day of June, 2007.

                           /s/ Ira DeMent
                           SENIOR UNITED STATES DISTRICT JUDGE